CITICORP MORTGAGE, INC. *v.* BEVERLY P.
HENDRYX ET AL.
(14823)

Foti, Lavery and Schaller, Js.

Argued December 5, 1995—decision released January 9, 1996

*Mark S. Steier,* for the appellants (named defendant et al.).

*William K. Eisenman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.